UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| AMY IRISH,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>    Defendant. | **JUDGMENT**<br>Case No. 7:21-CV-15-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion to Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court grant's the Defendant's Motion to Remand and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on January 13, 2022, with electronic service upon:

Derrick Arrowood, *Counsel for Plaintiff*
Mark Goldenberg, *Counsel for Defendant*

                                              **PETER A. MOORE, JR.**
                                              CLERK, U.S. DISTRICT COURT

DATE: January 13. 2022                  /s/ *Shelia Foell*
                                              (By): Shelia Foell
                                              Deputy Clerk, U.S. District Court